**James C. GREER, Petitioner–Appellant,**

v.

**Patrick COUNTY, Respondent–Appellee.**

No. 06–7007.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 15, 2007.

Decided: Feb. 21, 2007.

James C. Greer, Appellant Pro Se.

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James C. Greer appeals the district court's order denying his Fed.R.Civ.P. 60(b) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Greer v. Patrick County,* No. 7:06–cv–00271–gec–mf, 2006 WL 1401607 (W.D.Va. May 17, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*